Sarah Lampi Little SBN 215635
Chapter 7 Trustee
2415 San Ramon Valley Blvd., Suite 4132
San Ramon, CA 94583
510-485-0740
Email: sarah@littletrustee.com

Chapter 7 Trustee

Entered on Docket
January 10, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: January 10, 2020

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In Re: ) | Bankruptcy Case No. **19-42242 WJL** |
| ) | |
| Nellie Ontalan Delos Reyes ) | |
| ) | Chapter 7 |
| Debtor(s). ) | |
| ) | **ORDER EXTENDING DEADLINE TO OBJECT TO DISCHARGE** |

    Based on the stipulation among Sarah Little, Chapter 7 Trustee and Nellie Ontalan Delos Reyes, the Chapter 7 debtor in the above case and that good cause exists;

    **IT IS HEREBY ORDERED** that the deadline for the Chapter 7 Trustee, and the U.S. Trustee to file an action against the Debtor under 11 U.S.C. § 727 is extended until March 6, 2020.

* * * END OF ORDER * * *

1

COURT SERVICE LIST

All registered ECF participants